## TOWN OF CHARLESTOWN et al.

v.

### Patricia E. BEATTIE.

### No. 79–327–A.

Supreme Court of Rhode Island.

Feb. 14, 1980.

John P. Toscano, Jr., Town Sol., Charlestown, Carty & Carty, Joseph B. Carty, Jr., Providence, for intervenors.

Longolucco, Lenihan & Orsinger, James L. Longolucco, Westerly, for defendant.

## ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied.

DORIS, J., did not participate.

## TOWN OF HOPKINTON

v.

### Clay J. KEISER.

### No. 78–161–A.

Supreme Court of Rhode Island.

Feb. 14, 1980.

Frank J. Williams, Sol., Hopkinton, for plaintiff.

Clayton J. Keiser, pro se.

## ORDER

The defendant's request for permission to file his motion for rehearing out of time is granted. After consideration thereof, the motion for rehearing and request for stay of the Superior Court orders are denied.

DORIS, J., did not participate.